# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 18-05689 MGW
**Case Name:** MORENO, CATHERINE L.

**Trustee:** (290380)   Stephen L. Meininger
**Filed (f) or Converted (c):** 07/10/18 (f)
**§341(a) Meeting Date:** 08/09/18

**Period Ending:** 09/30/18

**Claims Bar Date:** 11/12/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 624 CARR 8860 APT 7-301, TRUJILLO ALTO, PR 00976 | 80,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 2 | CASH | 20.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCT. - ACCT. ENDING IN 6519: BANK OF A | 190.00 | 0.00 | | 0.00 | FA |
| 4 | EC ACCT. ENDING IN 9039: AN SOCAIL SECURITY / SS | 65,000.00 | 0.00 | | 0.00 | FA |
| 5 | (1) BEDROOM SET $150, (1) DINING ROOM SET $25, ( | 382.00 | 0.00 | | 0.00 | FA |
| 6 | DESKTOP COMPUTER - 5 Y/O, PRINTER - 2 Y/O, LAPTO | 250.00 | 0.00 | | 0.00 | FA |
| 7 | WOMEN'S CLOTHING $75 | 75.00 | 0.00 | | 0.00 | FA |
| 8 | (1) EARRINGS - GOLD / POOR CONDITION $35, (86) C | 45.00 | 0.00 | | 0.00 | FA |
| 9 | POTENTIAL 2018 INCOME TAX REFUND: FEDERAL | Unknown | 0.00 | | 0.00 | FA |
| 10 | 2001 VOLVO V70, 133,000 MILES, VALUE DETERMINED | 718.00 | 0.00 | | 0.00 | FA |
| 11 | (1) CAT - SENTIMENTAL VALUE ONLY | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Assets   Totals  (Excluding unknown values) | $146,680.00 | $5,000.00 | | $0.00 | $5,000.00 |

**Major Activities Affecting Case Closing:**

Application To Employ Attorney For Trustee filed on 8/13/18; Order On Application To Employ Attorney For Trustee entered on 8/13/18; Application To Employ Bk

Printed: 10/23/2018 01:05 PM    V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| **Case Number:** | 18-05689 MGW | **Trustee:** | (290380) Stephen L. Meininger |
| --- | --- | --- | --- |
| **Case Name:** | MORENO, CATHERINE L. | **Filed (f) or Converted (c):** | 07/10/18 (f) |
| | | **§341(a) Meeting Date:** | 08/09/18 |
| **Period Ending:** | 09/30/18 | **Claims Bar Date:** | 11/12/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Global filed on 9/25/18; Amended Applicationo To Employ Bk Global filed on 10/3/18; Order Authorizing Trustee To Employ Bk Global entered on 10/11/18;

**Initial Projected Date Of Final Report (TFR):** November 30, 2019      **Current Projected Date Of Final Report (TFR):** November 30, 2019